2011 OCT 21 PM 3:38

DISTRICT OF UTAH JH

Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Telefax No.: (801) 521-4252

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | : Bankruptcy No. 10-33391 RKM |
| --- | --- |
| DAVID D. BARENTINE, | (Chapter 7) |
| Debtor. | : |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS OR SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in this matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On September 8, 2011, the following small dividend distribution was made in the following amount:

| **Creditor & Address** | **Check Amount** |
| --- | --- |
| Outsource Receivables<br>P.O. Box 166<br>Ogden, UT 84402 | $ 4.53 |

2. A check in the amount of $4.53, representing said small dividend funds has been made payable to the Clerk of the U.S. Bankruptcy Court for the District of Utah and is attached hereto.



2

DATED this ____ day of October, 2011.

McKAY, BURTON & THURMAN

By _____
  Stephen W. Rupp, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice was mailed, postage prepaid, on the ____ day of October, 2011, to the following:

    U.S. Trustee's Office        [via ECF]
    405 South Main Street, Suite 300
    Salt Lake City, Utah  84111

_____

ka\pl\barentine.unc